USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-1504 NORMA ELLIS AND RICHARD ELLIS, Plaintiffs, Appellants, v. QUINCY SAVINGS BANK, A/K/A CITIZENS BANK, ET AL., Defendants, Appellees.  MARTIN HODAS, Plaintiff, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Selya and Stahl, Circuit Judges. ____________________ Norma Ellis and Richard Ellis on brief pro se. Peter D. Anderson on brief for appellees, Quincy Savings Bank, a/k/aCitizens Bank, Excel Bancorp, Inc. and Lincoln Trust Company, Inc. Martin Hodas on brief pro se. ____________________ March 18, 1998 ____________________ Per Curiam. We have carefully reviewed the record and the parties' briefs on appeal and affirm the judgments of the district court for essentially the reasons stated in that court's Orders, dated January 8, 1996 and March 25, 1997. SeeLocal Rule 27.1. Affirmed.